entered January 10, 1927, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term in an action in replevin to recover a pipe organ installed by plaintiff in a theatre under a contract of conditional sale. A prior mortgage covering the premises provided that all fixtures and appurtenances thereafter placed in the theatre should be considered a part of the realty. The mortgage was thereafter foreclosed and defendant Farley appointed receiver.

*Amasa J. Parker, Jr.,* for appellants.
*Charles G. Fryer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

CORNELIUS LENAHAN, Respondent, *v.* HUGH J. SHEERAN, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant.

*Negligence — railroads — pedestrian struck by street car at street crossing.*

*Lenahan* v. *Sheeran,* 219 App. Div. 818, affirmed.
(Argued October 12, 1927; decided October 28, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 1, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, while crossing Lenox avenue at the intersection of One Hundred and Forty-second street in the city of New York, was struck by one of defendant's street cars and received the injuries complained of. He testified that when he reached the curb he looked to his left and saw the trolley car coming a block and a half away. When he had gone a few steps he heard the gong of a fire engine and waited for it to pass. At the same time he again

looked and saw the car about half a block away. As he started to cross after the passing of the fire engine he again looked and saw the car about sixty feet away. He took a few additional steps and was struck.

*Ambrose Clogher* and *Roger B. Hull* for appellant.

*Theodore H. Lord* and *Thomas F. Franklin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

BERTHA FIDELMAN, Respondent, *v.* NEW YORK RAPID TRANSIT CORPORATION, Appellant.

*Negligence — railroads — injury to passenger leaving subway car through stepping into space between car and platform — failure to provide guard to regulate crowd.*

*Fidelman* v. *New York R. T. Corp.*, 219 App. Div. 839, affirmed. (Argued October 12, 1927; decided October 28, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 26, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, a passenger on one of defendant's West End line subway cars in the borough of Brooklyn, attempted to leave at the Ninth avenue station. She testified that the car was crowded and that when the doors were opened she was carried forward with the crowd until her foot sunk in a space between the car and platform causing her to fall; that other passengers fell and walked over her and she received the injuries complained of; that there was no guard or conductor on the car or platform to regulate the crowd.

*George D. Yeomans* and *Harold L. Warner* for appellant.

*Isidor Wels* for respondent.